762

[Civ. No. 177. Fourth Appellate District.—December 6, 1930.]

E. M. WHEATLAND, Appellant, v. W. O. HART et al., Respondents.

R. T. Walters for Appellant.

Forgy, Reinhaus & Forgy for Respondents.

WARMER, J., *pro tem.*—In this action plaintiff seeks to recover damages for libel. The question presented on this appeal is precisely the same as presented in the case of *Wheatland* v. *Maloney et al.,* Civil No. 178 (*ante,* p. 288 [294 Pac. 499]). ▉ On the authority of *Wheatland* v. *Maloney* this day decided, the judgment is affirmed.

Cary, P. J., and Marks, J., concurred.

A petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on February 2, 1931.